# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:11-cv-00322-JLK

RIGHTHAVEN LLC, a Nevada limited-liability company,

    Plaintiff,

v.

RAW STORY MEDIA, INC., a Massachusetts domestic profit corporation;
JOHN BYRNE, an individual; and
ERIC W. DOLAN, an individual,

    Defendants.

---

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE WITH CERTIFICATE OF SERVICE**

---

    Plaintiff, RIGHTHAVEN LLC ("Righthaven") filed a Complaint (Docket No.: 1) on February 7, 2011, for copyright infringement against Defendants RAW STORY MEDIA, INC., a Massachusetts domestic profit corporation, JOHN BYRNE and ERIC W. DOLAN (hereinafter "Defendants").  Righthaven and Defendants have agreed to settle the matter by a written agreement.  No responsive pleadings having been filed by Defendants, and no trial date having been set by this Court, the above entitled action is hereby voluntarily dismissed with prejudice, pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i).

    Dated this 16th day of March, 2011.

                                        By: /s/ Steven G. Ganim
                                        STEVEN G. GANIM, ESQ.
                                        Righthaven LLC
                                        9960 West Cheyenne Avenue, Suite 210
                                        Las Vegas, Nevada 89129-7701
                                        Tel: (702) 527-5900
                                        Fax: (702) 527-5909
                                        sganim@righthaven.com

                                        *Attorneys for Plaintiff Righthaven LLC*

## **CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am an employee of Righthaven LLC and that on this 16th day of March, 2011, I caused **NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE WITH CERTIFICATE OF SERVICE** to be to be served by the Court's CM/ECF system.

By: /s/ Steven G. Ganim
STEVEN G. GANIM, ESQ.
Righthaven LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
Tel: (702) 527-5900
Fax: (702) 527-5909
sganim@righthaven.com

SHAWN A. MANGANO, ESQ.
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas. Nevada  89129-7701
Tel: (702) 304-0432
Fax: (702) 922-3851
shawn@manganolaw.com

*Attorneys for Plaintiff Righthaven LLC*